Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

October 16, 2026

BY ECF

The Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Robert Cassino*, No. 23 Cr. 499 (KAM)

Your Honor:

This office represents Robert Cassino. I write in response to yesterday's order of the Court directing the parties to describe whether the issues presented at the co-defendants' upcoming *Fatico* hearing have any bearing on Mr. Cassino's sentencing, which is scheduled for the day after that hearing.

The answer is that they do. As the Court is aware, Mr. Cassino was required to stipulate to loss amount as a condition of his plea agreement. Nevertheless, should the Court accept the co-defendants' arguments that the government has failed to prove any cognizable loss with respect to the conspiracy, or that the loss amount should be restricted to gain, or otherwise find a loss figure for the conspiracy less than the one advanced by the government (and stipulated to by Mr. Cassino), that lesser figure would necessarily apply to Mr. Cassino notwithstanding his stipulation. Should it not, the Court would find itself in the erroneous position of sentencing different conspirators in the same conspiracy based upon incompatible findings of fact. That is why Mr. Cassino previously applied to adjourn his sentencing date to follow the *Fatico* hearing.

If the Court intends to rule as to loss on the same day as the *Fatico* hearing, the parties believe no change in the timing of sentencing is necessary—those findings as to loss will simply apply to Mr. Cassino at his sentencing the following day, and his Guidelines will be adjusted downward accordingly. However, if the Court will need additional time to make its loss findings, then I respectfully request that Mr. Cassino's sentencing date be adjourned to a date following the Court's ruling on the loss issues, so his Guidelines may be adjusted as necessary. The government consents to this.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Federal Defenders of New York, Inc.
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Robert Cassino*

cc: Counsel of Record (by ECF)
Senior U.S. Probation Officer Erica Vest (by email)